FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 01 2010

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 04-cv-01155 ZLW-PAC

ADRIAN ENRIQUEZ-CHAVEZ,

    Applicant,

vs.

BRENT CROUSE, and
KEN SALAZAR, Attorney General of the State of Colorado,

    Respondents.

## ORDER RETURNING STATE COURT RECORD

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, this 31st day March, 2010.

BY THE COURT:

_____
ZITA LEESON WEINSHIENK,
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 04-cv-01155 ZLW-PAC

Adams County District Court
Adams County Justice Center
1100 Judicial Center Dr.
Brighton, CO 80601

Adrian Enriquez-Chavez
# 111543
Crowley County Correctional Facility
6564 State Highway 96
Olney Springs, CO 81602-8700

John D. Seidel - Colorado Attorney General's Office - Criminal
**DELIVERED ELECTRONICALLY**

I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on 4/1/10.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk